No. 9527. STATE OF MONTANA, ex rel. ALBERT J. BALL, Relator, *v.* F. O. BURRELL, Warden of Montana State Prison, Respondent.

279 Pac. (2d) 698.

Decided February 9, 1955.

*Stanley M. Doyle*, Polson, for relator.

Per Curiam.

The petition of Albert J. Ball, an inmate of the Montana State prison for the issuance of a writ of habeas corpus is at this time

denied and the proceeding is dismissed without prejudice, no such relief first having been applied for to the district court of the third judicial district of the State of Montana.